**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| DEAN NAIF SALMAN | ) Case No.: 04-00400-TUC-EWH |
| | ) |
| RENEE MICHELLE SALMAN | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| | ) |
| Debtors | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 202043 | 11/30/2009 | WASHINGTON MUTUAL FINANCE<br>PO BOX 11777<br>PENSACOLA, FL 32514 | $225.60 |
| 202043 | 11/30/2009 | WASHINGTON MUTUAL FINANCE<br>PO BOX 11777<br>PENSACOLA, FL 32514 | $174.98 |
| 201797 | 11/30/2009 | NDC YELLOW BOOK<br>PO BOX 2003<br>TUSTIN, CA 92781 | $52.66 |
| | | **Total** | **$453.24** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $453.24 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 05/25/2010

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee